192

Linda SANDERS, Plaintiff–Appellant,

v.

DEERFIELD EPISCOPAL RETIRE-MENT COMMUNITY, INCORPO-RATED, Defendant–Appellee,

and

Deerfield E. Retirement, Defendant.

No. 14–2210.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 15, 2015.

Decided: Jan. 20, 2015.

Linda Sanders, Appellant Pro Se. Jonathan Woodward Yarbrough, Constangy Brooks & Smith, LLP, Asheville, North Carolina, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linda Sanders appeals from the district court's order adopting the recommendation of the magistrate judge and dismissing her civil action without prejudice for failure to perfect service in a timely manner on Defendant Deerfield Episcopal Retirement Community, Incorporated. We have reviewed the record and find no re-versible error. Accordingly, we affirm for the reasons stated by the district court. *Sanders v. Deerfield Episcopal Retirement Cmty., Inc.,* No. 1:13–cv–00202–MOC–DLH, 2014 WL 4980372 (W.D.N.C. Oct. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*